Nicholas A. Brown (SBN 198210)
    brownn@gtlaw.com
Vera Ranieri (SBN 271594)
    ranieriv@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

*Counsel for Movant*
*Electronic Frontier Foundation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC<br><br>Plaintiff,<br><br>v.<br><br>TOGI ENTERTAINMENT, INC. et al.<br><br>Defendant | Miscellaneous Action No.<br>3:14-mc-80025-RS<br>[Action pending in the United States District Court for the Eastern District of Texas, Case No. 2:13-cv-13]<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 29, 2014, a true and correct copies of THIRD PARTY ELECTRONIC FRONTIER FOUNDATION'S NOTICE OF MOTION AND MOTION TO QUASH AND FOR PROTECTIVE ORDER; DECLARATION OF VERA RANIERI IN SUPPORT OF THIRD PARTY ELECTRONIC FRONTIER FOUNDATION'S MOTION TO QUASH AND FOR PROTECTIVE ORDER AND ASSOCIATED EXHIBITS; DECLARATION OF DANIEL NAZER IN SUPPORT OF THIRD PARTY ELECTRONIC FRONTIER FOUNDATION'S MOTION TO QUASH AND FOR PROTECTIVE ORDER AND ASSOCIATED EXHIBITS; [PROPOSED] ORDER GRANTING THIRD PARTY ELECTRONIC FRONTIER FOUNDATION'S MOTION TO QUASH AND FOR PROTECTIVE ORDER were served on counsel for Personal Audio, LLC via email pursuant to agreement by the parties.

By: /s/ *Vera Ranieri*
Vera Ranieri