# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PERSONAL AUDIO, LLC, <br><br>Plaintiff, <br>v. <br><br>TOGI ENTERTAINMENT, INC. et al., <br><br>Defendants. | No. C 14-80025 MISC RS <br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS Electronic Frontier Foundation's motion to quash subpoenas and any further discovery disputes filed herein to a randomly assigned Magistrate Judge for resolution. Unless directed otherwise by the Magistrate Judge, the moving party shall notice the motion for hearing pursuant to the local rules and any standing orders or procedures of the Magistrate Judge upon assignment.

IT IS SO ORDERED.

Dated: February, 3, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE