AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Personal Audio, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:14-mc-80025-RS-NC |
| Togi Entertainment, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Personal Audio, LLC     .

Date:  02/18/2014

/s/ Papool S. Chaudhari
*Attorney's signature*

Papool S. Chaudhari, California Bar # 241346
*Printed name and bar number*

Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098

*Address*

papool@chaudharilaw.com
*E-mail address*

(214) 702-1150
*Telephone number*

(214) 705-3775
*FAX number*