UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:   March 5, 2014

Case No:   **3:14-mc-80025 RS (NC)**

Case Name:   Personal Audio LLC  v.  Togi Entertainment

Counsel for Movant Electronic Frontier: Vera Ranieri, Nicholas Brown

Counsel for Plaintiff Personal Audio:   Papool S. Chaudhari

Deputy Clerk:   Lili M. Harrell          FTR Digital Recorder: 1:15pm - 1:33pm
                                         (Time: 18 min )

**PROCEEDINGS:**                                              **RULINGS:**

Electronic Frontier Foundation's Motion to Quash [1]          Granted

**ORDER:**

Order to be prepared by:  [ ]  Plaintiff  [ ]  Defendant  [ X ]  Court

Case continued to:

Notes:

cc: